

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 3:06CR362-G |
| JUAN DAVID ORTIZ (1) | § | |
| DANIEL MARTINEZ (2) | § | |
| RUDOLPHO GONZALES (3) | § | |
| | § | |

### INDICTMENT

The Grand Jury Charges:

### Count One
Possession of Methamphetamine with Intent to Distribute and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2)

On or about April 18, 2006, in the Dallas Division of the Northern District of Texas, defendants, **Juan David Ortiz** and **Rudolpho Gonzales**, aided and abetted by one another, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

Count Two
Conspiracy to Distribute and Possess With Intent
to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or about August, 2004, the exact date being unknown to the Grand Jury, and continuing through on or about April 19, 2006, in the Dallas Division of the Northern District of Texas, defendants, **Juan David Ortiz, Daniel Martinez, and Rudolpho Gonzales**, did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

In violation of 21 U.S.C. § 846.

<u>Count Three</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
and Aiding and Abetting
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 2)

On or about April 19, 2006, in the Dallas Division of the Northern District of Texas, defendants, **Juan David Ortiz** and **Daniel Martinez**, aided and abetted by one another, did knowingly possess a firearm, to wit: (1) a Colt, model 1911, .45 caliber pistol bearing an obliterated serial number; and (2) a Mossberg, model 185D, 20 gauge shotgun, bearing no serial number, as modified having a barrel of less than 18 inches in length, and an overall length of less than 26 inches, a weapon commonly known as a "sawed-off" shotgun, in furtherance of the commission of a drug trafficking crime, namely the conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846, for which the defendants may be prosecuted in a court of the United States.

In violation of 18 U.S.C. § 924(c)(1)(A).

<u>Count Four</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about April 19, 2006 in the Dallas Division of the Northern District of Texas, defendant, **Juan David Ortiz**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, to wit: (1) a Colt, model 1911, .45 caliber pistol bearing an obliterated serial number; and (2) a Mossberg, model 185D, 20 gauge shotgun, bearing no serial number, as modified having a barrel of less than 18 inches in length, and an overall length of less than 26 inches, a weapon commonly known as a "sawed-off" shotgun, both of which had previously been shipped and transported in interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count Five
### Felon in Possession of a Firearm
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about April 19, 2006 in the Dallas Division of the Northern District of Texas, defendant, **Daniel Martinez**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, to wit: (1) a Colt, model 1911, .45 caliber pistol bearing an obliterated serial number; and (2) a Mossberg, model 185D, 20 gauge shotgun, bearing no serial number, as modified having a barrel of less than 18 inches in length, and an overall length of less than 26 inches, a weapon commonly known as a "sawed-off" shotgun, both of which had previously been shipped and transported in interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
JORDAN A. KONIG
Assistant United States Attorney
New York Bar No. 4047122 (JK-2086)
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.0978
Email: jordan.konig@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**JUAN DAVID ORTIZ (1)**
**DANIEL MARTINEZ (2)**
**RUDOLPHO GONZALES (3)**

INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)
and 18 U.S.C. § 2
Possession of Methamphetamine With
Intent to Distribute and Aiding and Abetting

21 U.S.C. § 846
Conspiracy to Distribute and Possess With Intent to
Distribute a Controlled Substance

18 U.S.C. § 924(c)(1)(A) and 2
Possession of a Firearm in Furtherance
of a Drug Trafficking Crime and Aiding and Abetting

18 U.S.C. § 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

5 Counts

A true bill rendered

DALLAS                                                          FOREPERSON

Filed in open court this _28th_ day of November, A.D., 2006.

_____ Clerk

WARRANTS TO ISSUE AS TO: JUAN DAVID ORTIZ; DANIEL MARTINEZ; AND RUDOLPHO GONZALES.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Complaint Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes   ☐ No

   **Related Case Information**

   Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

   Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

   Search Warrant Case Number _____

   R 20 from District of _____

   Magistrate Case Number: _____

   Defendant Name _____ JUAN DAVID ORTIZ _____

   Alias Name _____

   Address _____ 3:06cr362-G (1) _____

   County in which offense was committed: _____ Dallas, Texas _____

2. **U.S. Attorney Information**

   **AUSA JORDAN A. KONIG**        **Bar # New York 4047122 (JK-2086)**

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status** WARRANT TO ISSUE

   Arrest Date -

   ☐ Already in Federal Custody
   ☒ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 4        ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) and 18 U.S.C. § 2 | Possession of Methamphetamine With Intent to Distribute and Aiding and Abetting | 1 |
   | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance | 2 |
   | 18 U.S.C. §§ 924(c)(1)(A) and 18 U.S.C. § 2 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting | 3 |

Date:   November 14, 2006     Signature of AUSA:   _____
                                                   JORDAN A. KONIG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☐ No

   Defendant Name: **DANIEL MARTINEZ**

   Alias Name: _____

   Address: 3:06cr362 -G (2)

   County in which offense was committed: Dallas, Texas

2. **U.S. Attorney Information**

   **AUSA JORDAN A. KONIG**    Bar # **New York 4047122 (JK-2086)**

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status** WARRANT TO ISSUE

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 3    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance | 2 |
   | 18 U.S.C. §§ 924(c)(1)(A) and 18 U.S.C. § 2 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting | 3 |
   | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 5 |

   Date: November 14, 2006    Signature of AUSA: _____
                                                 JORDAN A. KONIG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☐ No

   Defendant Name     **RUDOLPHO GONZALES**

   Alias Name _____

   Address     *3:06 CR 362 - G (3)*

   County in which offense was committed:     Dallas, Texas

2. **U.S. Attorney Information**

   **AUSA JORDAN A. KONIG**        Bar # **New York 4047122 (JK-2086)**

3. **Interpreter**

   ☐ Yes ☒ No     If Yes, list language and/or dialect: _____

4. **Location Status** WARRANT TO ISSUE

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **2**     ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) and 18 U.S.C. § 2 | Possession of Phencyclidine With Intent to Distribute and Aiding and Abetting | 1 |
   | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance | 2 |

Date: November 14, 2006     Signature of AUSA: *[signature]*

                                                                         JORDAN A. KONIG